# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I. (a) PLAINTIFFS**
SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
New York County, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANT**
JOHN DOE
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
HOLME ROBERTS & OWEN LLP
Dawniell Zavala (SBN: 253130)     Phone: (415) 268-2000
560 Mission Street, 25th Floor     Fax:     (415) 268-1999
San Francisco, CA  94105-2994

**ATTORNEYS (IF KNOWN)**

E-filing          BZ  ADR

## II. BASIS OF JURISDICTION (PLACE AN "√" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3. Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "√" IN ONE BOX FOR
(For Diversity Cases Only)          PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "√" IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422    Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 RR & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | | | | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW 405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/disab - Empl | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer w/disab –Other | ☐ 555 Prison Condition | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. § 501 et seq. – copyright infringement

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23:

DEMAND $
Statutory damages; injunction

☐ CHECK YES only if demanded in complaint
JURY DEMAND:    ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AN "X" IN ONE BOX ONLY

☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE    August 21, 2008

SIGNATURE OF ATTORNEY OF RECORD

1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,                     E-filing
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA          BZ
10                 _____ DIVISION

11 SONY BMG MUSIC ENTERTAINMENT, a        CASE NO. 08        3990
12 Delaware general partnership; UMG
   RECORDINGS, INC., a Delaware corporation;
13 and CAPITOL RECORDS, LLC, a Delaware   **COMPLAINT FOR COPYRIGHT**
14 limited liability company,             **INFRINGEMENT**

15                   Plaintiffs,

16        v.

17
18 JOHN DOE,
                      Defendant.
19
20
21
22
23
24
25
26
27
28

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. _____
#39505 v1

1

**JURISDICTION AND VENUE**

2       1.      This is a civil action seeking damages and injunctive relief for copyright infringement

3   under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

4       2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal

5   question); and 28 U.S.C. § 1338(a) (copyright).

6       3.      Venue in this District is proper. See 28 U.S.C. §§ 1391(b), 1400(a). Although the

7   true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant

8   may be found in this District and/or a substantial part of the acts of infringement complained of

9   herein occurred in this District. On information and belief, personal jurisdiction in this District is

10  proper because Defendant, without consent or permission of the copyright owner, disseminated over

11  the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief,

12  such illegal dissemination occurred in every jurisdiction in the United States, including this one. In

13  addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to

14  provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

15

**PARTIES**

16      4.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general

17  partnership, with its principal place of business in the State of New York.

18      5.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the

19  laws of the State of Delaware, with its principal place of business in the State of California.

20      6.      Plaintiff Capitol Records, LLC is a limited liability company duly organized and

21  existing under the laws of the State of Delaware, with its principal place of business in the State of

22  New York.

23      7.      The true name and capacity of Defendant are unknown to Plaintiffs at this time.

24  Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant

25  by his or her ISP on the date and time of Defendant's infringing activity. See Exhibit A. Plaintiffs

26  believe that information obtained in discovery will lead to the identification of Defendant's true

27  name.

28

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No._____
#39505 v1

1

2

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

3      8.      Plaintiffs incorporate herein by this reference each and every allegation contained in

4    each paragraph above.

5      9.      Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of

6    exclusive rights under United States copyright law with respect to certain copyrighted sound

7    recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this

8    Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted

9    Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright

10   Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of

11   Exhibit A.

12     10.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the

13   exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted

14   Recordings to the public.

15     11.     Plaintiffs are informed and believe that Defendant, without the permission or consent

16   of Plaintiffs, has continuously used, and continues to use, an online media distribution system to

17   download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies

18   the IP address with the date and time of capture and a list of copyrighted recordings that Defendant

19   has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.

20   Through his or her continuous and ongoing acts of downloading and/or distributing to the public the

21   Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and

22   distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive

23   rights under copyright. (In addition to the sound recordings listed on Exhibit A, Plaintiffs are

24   informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously

25   downloaded and/or distributed to the public additional sound recordings owned by or exclusively

26   licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of

27   infringement are ongoing. Exhibit A includes the currently-known total number of audio files being

28   distributed by Defendant.)

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No.
#39505 v1

1    12.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on

2    each respective album cover of each of the sound recordings identified in Exhibit A. These notices

3    of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.

4    These published copies were widely available, and each of the published copies of the sound

5    recordings identified in Exhibit A was accessible by Defendant.

6    13.    Plaintiffs are informed and believe that the foregoing acts of infringement have been

7    willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

8    14.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights

9    under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against

10    Defendant for each infringement of each copyrighted recording. Plaintiffs further are entitled to

11    their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

12    15.    The conduct of Defendant is causing and, unless enjoined and restrained by this

13    Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated

14    or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502

15    and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing

16    Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound

17    recordings made in violation of Plaintiffs' exclusive rights.

18    WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

19    For an injunction providing:

20    "Defendant shall be and hereby is enjoined from directly or indirectly
infringing Plaintiffs' rights under federal or state law in the
21    Copyrighted Recordings and any sound recording, whether now in
existence or later created, that is owned or controlled by Plaintiffs (or
22    any parent, subsidiary, or affiliate record label of Plaintiffs)
("Plaintiffs' Recordings"), including without limitation by using the
23    Internet or any online media distribution system to reproduce (*i.e.,*
download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload)
24    any of Plaintiffs' Recordings, except pursuant to a lawful license or
with the express authority of Plaintiffs. Defendant also shall destroy
25    all copies of Plaintiffs' Recordings that Defendant has downloaded
onto any computer hard drive or server without Plaintiffs'
26    authorization and shall destroy all copies of those downloaded
recordings transferred onto any physical medium or device in
27    Defendant's possession, custody, or control."

28

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No._____
#39505 v1

1          For statutory damages for each infringement of each Copyrighted Recording pursuant

2 to 17 U.S.C. § 504.

3          For Plaintiffs' costs in this action.

4          For Plaintiffs' reasonable attorneys' fees incurred herein.

5          For such other and further relief as the Court may deem just and proper.

6

7 Dated: August 21, 2008                 HOLME ROBERTS & OWEN LLP

8

9                        By

10                          DAWNIELL ZAVALA
                         Attorney for Plaintiffs

11                          SONY BMG MUSIC ENTERTAINMENT;
                         UMG RECORDINGS, INC.; and CAPITOL

12                          RECORDS, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No.
#39505 v1

1

## EXHIBIT A

2

## JOHN DOE

3

**IP Address:** 128.12.179.44 2008-05-25 12:56:43 EDT                **CASE ID#** 170621728

4

5

**P2P Network:** AresWarezUS                                          **Total Audio Files:** 174

6

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | INXS | Us | Switch | 388-178 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| Capitol Records, LLC | Duran Duran | Hungry Like the Wolf | Rio | 38-444 |

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No.
#39505 v1