1 | Dawniell Zavala (State Bar No. 253130)
2 | HOLME ROBERTS & OWEN LLP
3 | 560 Mission Street, 25th Floor
    San Francisco, CA 94105-2994
    Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
5 | Email: dawniell.zavala@hro.com

6 | Attorneys for Plaintiffs,
    SONY BMG MUSIC ENTERTAINMENT;
7 | UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

FILED
08 AUG 21 PM 1:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

BZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

CASE NO. CV 08 3990

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39506 v1

ORIGINAL

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Dated: August 21, 2008

HOLME ROBERTS & OWEN LLP

By _____
DAWNIELL ZAVALA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No._____
#39506 v1