1  Dawniell Zavala (State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

8
               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                  _____ DIVISION
10

11 SONY BMG MUSIC ENTERTAINMENT, a         CASE NO. CV 08 3990 BZ
12 Delaware general partnership; UMG
   RECORDINGS, INC., a Delaware corporation;
13 and CAPITOL RECORDS, LLC, a Delaware    **EX PARTE APPLICATION FOR LEAVE
   limited liability company,              TO TAKE IMMEDIATE DISCOVERY**
14
15              Plaintiffs,
16       v.
17
18 JOHN DOE,
                Defendant.
19

---

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39507 v1

1  Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26
2  and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum
3  of Law, hereby apply for an Order permitting Plaintiffs to take immediate discovery.
4  In support thereof, Plaintiffs represent as follows:

5  1. Plaintiffs, record companies who own the copyrights in the most popular sound
6  recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a
7  third party Internet Service Provider ("ISP") to determine the true identity of Defendant, who is
8  being sued for direct copyright infringement.

9  2. As alleged in the complaint, Defendant, without authorization, used an online media
10 distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to
11 the public. Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified
12 Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time
13 of Defendant's infringing activity.

14 3. Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that
15 identify Defendant's true name, current (and permanent) address and telephone number, e-mail
16 address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot
17 identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated
18 infringement.

19 4. Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a
20 Rule 26(f) conference where there are no known defendants with whom to confer.

21 WHEREFORE, Plaintiffs apply for an Order permitting Plaintiffs to conduct the foregoing
22 requested discovery immediately.

23 Dated: August 21, 2008                HOLME ROBERTS & OWEN LLP

24                                       By _____
25                                       DAWNIELL ZAVALA
                                         Attorney for Plaintiffs
26                                       SONY BMG MUSIC ENTERTAINMENT;
27                                       UMG RECORDINGS, INC.; and CAPITOL
                                         RECORDS, LLC
28

1

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No._____
#39507 v1