1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

E-filing

BZ

8
9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    _____ DIVISION

11 | SONY BMG MUSIC ENTERTAINMENT, a      | CASE NO. CV 08 3990
12 | Delaware general partnership; UMG
   | RECORDINGS, INC., a Delaware corporation;
13 | and CAPITOL RECORDS, LLC, a Delaware  | **[PROPOSED] ORDER GRANTING**
14 | limited liability company,             | **PLAINTIFFS' APPLICATION FOR LEAVE**
   |                                        | **TO TAKE IMMEDIATE DISCOVERY**
15 |                Plaintiffs,
16 |     v.
17 |
18 | JOHN DOE,
   |                Defendant.
19

20
21
22
23
24
25
26
27
28

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39509 v1

1    Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2 Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3    ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4 the identity of Defendan by serving a Rule 45 subpoena that seeks documents that identify
5 Defendant, including the name, current (and permanent) address and telephone number, e-mail
6 address, and Media Access Control addresses for Defendant. The disclosure of this information is
7 ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12    DATED:_____    By:_____
                                              United States District Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No._____
#39509 v1