1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:     dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

E-filing

BZ

8
9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                      _____ DIVISION

11  SONY BMG MUSIC ENTERTAINMENT, a       CASE NO.  CV 08  3990
12  Delaware general partnership; UMG
    RECORDINGS, INC., a Delaware corporation;
13  and CAPITOL RECORDS, LLC, a Delaware    [PROPOSED] ORDER GRANTING
14  limited liability company,              PLAINTIFFS' APPLICATION FOR LEAVE
                                            TO TAKE IMMEDIATE DISCOVERY
15              Plaintiffs,
16      v.
17
18  JOHN DOE,
                Defendant.
19

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39509 v1

1  Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4  the identity of Defendan by serving a Rule 45 subpoena that seeks documents that identify
5  Defendant, including the name, current (and permanent) address and telephone number, e-mail
6  address, and Media Access Control addresses for Defendant. The disclosure of this information is
7  ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

11
12  DATED:_____   By: _____
13                                      United States District Judge



1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No._____
#39509 v1