1 Dawniell Zavala (State Bar No. 253130)
  HOLME ROBERTS & OWEN LLP
2 560 Mission Street, 25th Floor
3 San Francisco, CA 94105-2994
  Telephone:  (415) 268-2000
4 Facsimile:  (415) 268-1999
  Email:     dawniell.zavala@hro.com
5

6 Attorneys for Plaintiffs,
  SONY BMG MUSIC ENTERTAINMENT;
7 UMG RECORDINGS, INC.; and CAPITOL RECORDS, LLC

8

E-filing

BZ

9               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10                      _____ DIVISION

11                                              CV  08        3990
   SONY BMG MUSIC ENTERTAINMENT, a        CASE NO. _____
12 Delaware general partnership; UMG
   RECORDINGS, INC., a Delaware corporation;
13 and CAPITOL RECORDS, LLC, a Delaware    [PROPOSED] ORDER GRANTING
14 limited liability company,              PLAINTIFFS' APPLICATION FOR LEAVE
                                           TO TAKE IMMEDIATE DISCOVERY
15                 Plaintiffs,

16       v.

17

18 JOHN DOE,
                   Defendant.
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39509 v1

1  Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of

2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3  ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain

4  the identity of Defendan by serving a Rule 45 subpoena that seeks documents that identify

5  Defendant, including the name, current (and permanent) address and telephone number, e-mail

6  address, and Media Access Control addresses for Defendant.  The disclosure of this information is

7  ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10  under the Copyright Act.

11

12  DATED:_____        By:_____

13                                              United States District Judge

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No._____
#39509 v1